UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALCY JOSEPH, JR.                                    CIVIL ACTION

VERSUS                                               NO. 14-1286

STATE OF LOUISIANA                         SECTION "N"(3)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Alcy Joseph, Jr.**, is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 11th day of August, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE